UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-00123-H-2

UNITED STATES OF AMERICA )
)
v. ) **ORDER TO SEAL**
)
ALSIBIADES ARRIZON-SANTOYO )

Upon motion of the United States it is hereby ORDERED that Docket Number 33 be sealed until such time as requested to be unsealed by the United States Attorney and the court orders such materials unsealed.

This the 29th day of June, 2010.

THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE